| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Martini, William J. | 2. Court or Organization District Court - New Jersey | 3. Date of Report 05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 50 Walnut Street PO Box 419 Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ██████ Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 9: 51 FINANCIAL DISCLOSURE OFFICE

Martini_William_J

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | ▓▓▓▓ MARTINI FUNDATION, TRUSTEE | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2.  FEDERATED KAUFMANN FUND-K | None | | K | T | | | | | |
| 3.  BROKERAGE ACCOUNT#5(7494) | | | | | | | | | |
| 4.  Charles Schwab - CASH | A | Int./Div. | | | Closed | 4/30 | J | | |
| 5. | | | | | Buy | 4/21 | M | | |
| 6. | | | | | Transferred (to line 32) | 4/24 | M | | |
| 7.  LOWER TWP NJ FIRE DIST NO 3 BK QL IFD UT 6.85% 2/1/08 REG | A | Interest | | | Sold | 2/1 | K | | |
| 8.  MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | A | Interest | | | Sold | 4/21 | K | | |
| 9.  NEW JERSEY ECONOMIC 5% DUE 02/01/15 | A | Interest | | | Distributed | 3/28 | K | | |
| 10.  NEW JERSEY ECONOMIC 5% 09/01/2020 | A | Interest | | | Buy | 2/15 | K | | |
| 11. | | | | | Sold | 4/21 | K | | |
| 12.  NEW JERSEY ST CTFS 5% 6/15/11 | | None | | | Distributed | 3/28 | K | | |
| 13.  NEW JERSEY ST TPK AUTH TPK SER G 5.75% 1/1/09 | A | Interest | | | Sold | 4/21 | J | C | |
| 14.  NORTH ARLINGTON NJ SCH DIST 5.375% 8/1/13 | A | Interest | | | Distributed | 3/28 | K | | |
| 15.  OCEAN CITY NJ BRD 5% DUE 04/01/17 | A | Interest | | | Sold | 4/21 | K | | |
| 16.  RANDOLPH TWP NJ SC 5% 15 | A | Interest | | | Sold | 4/21 | K | | |
| 17.  VENTNOR CITY NJ 5% 10/1/16 | A | Interest | | | Distributed | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT#6(3432) | | | | | | | | | |
| 19. ISHARES TR RUSSELL 2000 GROWTH (648) | A | Dividend | J | T | Distributed (part) | 3/28 | K | | |
| 20. | | | | | Distributed (part) | 3/31 | K | | |
| 21. ISHARES TR RUSSELL 2000 VALUE (630) | A | Dividend | K | T | Distributed (part) | 3/28 | K | | |
| 22. | | | | | Distributed (part) | 3/31 | K | | |
| 23. ISHARES TR RUSSELL 1000 VALUE | C | Dividend | K | T | Distributed (part) | 3/2/8 | M | | |
| 24. | | | | | Distributed (part) | 3/31 | L | | |
| 25. ISHARES TR RUSSELL 1000 GROWTH | A | Dividend | K | T | Distributed (part) | 3/28 | L | | |
| 26. | | | | | Distributed (part) | 3/31 | L | | |
| 27. ISHARES TR MSCI EAFE FD | B | Dividend | K | T | Distributed (part) | 3/28 | L | | |
| 28. | | | | | Distributed (part) | 3/31 | L | | |
| 29. | | | | | Buy (add'l) | 4/24 | K | | |
| 30. POWERSHS EXCH TRAD FD TR (567) | A | Dividend | K | T | Buy | 4/24 | K | | |
| 31. POWERSHS EXCH TRADE FD TR(583) | A | Dividend | K | T | Buy | 4/24 | L | | |
| 32. Charles Schwab - CASH | A | Int./Div. | J | T | Transferred (from line 6) | 4/24 | M | | |
| 33. | | | | | Sold (part) | 4/24 | M | | |
| 34. VALLEY NATIONAL BANK | A | Interest | J | T | Transferred (from line 37) | 6/9 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 6/9 | L | | |
| 36. | | | | | Transferred (to line 81) | 6/9 | K | | |
| 37. VARIABLE LIFE #1 | | None | K | T | Transferred (to line 34) | 6/9 | M | | |
| 38. EQUITABLE - SEP | | None | K | T | | | | | |
| 39. IRA#3(3836) | | | | | | | | | |
| 40. Charles Schwab - ADV CASH RESRV P REM | B | Int./Div. | K | T | Buy (add'l) | 1/16 | K | | |
| 41. | | | | | Buy (add'l) | 4/4 | N | | |
| 42. | | | | | Distributed (part) | 4/9 | N | | |
| 43. US TREASURY NOTE 4.25% 11/15/13 | | None | | | Sold | 4/4 | L | D | |
| 44. US TREASURY NOTE 4.50% 02/15/16 | A | Interest | | | Sold | 4/4 | K | B | |
| 45. US TREASURY NOTE 5.125% 5/15/16 | A | Interest | K | T | Sold (part) | 6/24 | J | A | |
| 46. FEDERAL NATIONAL MT 4.375% 9/15/12 | B | Interest | | | Sold | 4/4 | L | C | |
| 47. FED HM LN MTG 5.375%1/9/14 | B | Interest | K | T | | | | | |
| 48. AT & T BROADBAND 8.375% 3/15/13 | C | Int./Div. | K | T | | | | | |
| 49. CISCO SYSTEMS 5.25% 02/22/11 | | None | J | T | | | | | |
| 50. APACHE CORP 5.625% 1/15/17 | B | Interest | K | T | | | | | |
| 51. GOLDMAN SACHS 4.125% 1/15/08 | A | Interest | | | Redeemed | 1/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HOUSEHOLD FIN CP 6.4% 6/17/08 | | None | | | Sold | 4/4 | L | | |
| 53. INTL LEASE FINANCE 5% 4/15/10 | B | Int./Div. | K | T | | | | | |
| 54. MORGAN STANLEY 4.75% 04/01/14 | A | Int./Div. | J | T | | | | | |
| 55. PITNEY BOWES CR 5.75% 8/15/08 | B | Int./Div. | | | Sold | 4/4 | K | | |
| 56. SBC COMMUNICATIONS 4.125% 9/15/09 | B | Int./Div. | J | T | Sold (part) | 4/4 | L | B | |
| 57. TIME WARNER 5.875% DUE 11/15/16 | A | Interest | J | T | Buy | 5/8 | K | | |
| 58. TIME WARNER 6.2% DUE 7/1/13 | | None | J | T | Buy (add'l) | 9/24 | J | | |
| 59. WACHOVIA CORP 5.75% 6/15/17 | B | Int./Div. | K | T | | | | | |
| 60. FHLMC G0-8200 6% 5/1/37 | C | Int./Div. | K | T | | | | | |
| 61. FHLMC G1-2228 5.5% 7/1/21 | B | Int./Div. | K | T | | | | | |
| 62. FNMA PL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 63. FNMA PL938721 5.5% DUE 075/01/22 | B | Interest | K | T | Buy | 3/11 | K | | |
| 64. IRA#6 (4367) | | | | | | | | | |
| 65. CHARLES SCHWAB-SCH ADV CASH RESRV PREM | A | Interest | K | T | Buy (add'l) | 4/23 | M | | |
| 66. | | | | | Transferred (to line 72) | 4/24 | M | | |
| 67. LOOMIS SAYLES BOND CL 1 | D | Dividend | M | T | Sold (part) | 4/23 | L | | |
| 68. PIMCO REAL RETURN FUND INSTITUTIONAL CLASS | D | Dividend | K | T | Sold (part) | 4/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB YIELD PLAUS SELECT SHARES | B | Dividend | | | Sold | 3/19 | M | | |
| 70. TEMPLETON GLOBAL BOND FUND ADV CL:TGBAX | D | Dividend | L | T | Buy | 3/19 | M | | |
| 71. IRA#7 (2679) | | | | | | | | | |
| 72. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Transferred (from line 66) | 4/24 | M | | |
| 73. | | | | | Sold (part) | 4/24 | M | | |
| 74. PIMCO COMMODITY REAL RETURN STRATEGY FUND | D | Int./Div. | K | T | Buy | 4/24 | L | | |
| 75. DIAMOND HILL LONG SHORT FUND | A | Int./Div. | K | T | Buy | 4/24 | K | | |
| 76. KEELY SMALL CAP VALUE FUND CL A | | None | | | Buy | 4/24 | K | | |
| 77. | | | | | Sold | 6/19 | K | C | |
| 78. KEELY SMALL CAP VALUE FUND CL I | | None | K | T | Buy | 6/19 | K | | |
| 79. THIRD AVE REAL ESTATE VALUE FUND | | None | K | T | Buy | 4/24 | L | | |
| 80. CHARLES SCHWAB- CASH(2951) | A | Int./Div. | K | T | Open | 2/19 | J | | |
| 81. | | | | | Transferred (from line 36) | 6/9 | K | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII LINE 25, LINE 62-94 OF 2007 REPORT BECOME UNREPORTABLE TRANACTIONS IN 2008 SINCE THESE WERE PART OF THE EQUITABLE DISTRIBUTION REQUIRED IN HIS DIVORCE.

PART VII LINE 9,12,14,17,19-28,35 AND 42 REPORTED AS DISTRIBUTION IN 2008, THESE FUNDS WERE EQUITABLE OF DISTRIBUTION REQUIRED IN HIS DIVORCE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI                                      CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Martini, William J. | 2. Court or Organization  District Court - New Jersey | 3. Date of Report  05/14/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type) |  6. Reporting Period |
|---|---|---|

5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial ☑ Annual ☐ Final

5b. ☑ Amended Report

6. Reporting Period
01/01/2008
to
12/31/2008

| 7. Chambers or Office Address  50 Walnut Street PO Box 419 Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ███ Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 27 A 11: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | ▬▬▬ MARTINI FUNDATION, TRUSTEE | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | . 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2. FEDERATED KAUFMANN FUND-K | | None | K | T | | | | | |
| 3. BROKERAGE ACCOUNT#5(7494) | | | | | | | | | |
| 4. Charles Schwab - CASH | A | Int./Div. | | | Closed | 4/30 | J | | |
| 5. | | | | | Buy | 4/21 | M | | |
| 6. | | | | | Transferred (to line 32) | 4/24 | M | | |
| 7. LOWER TWP NJ FIRE DIST NO 3 BK QL IFD UT 6.85% 2/1/08 REG | A | Interest | | | Sold | 2/1 | K | | |
| 8. MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | A | Interest | | | Sold | 4/21 | K | | |
| 9. NEW JERSEY ECONOMIC 5% DUE 02/01/15 | A | Interest | | | Distributed | 3/28 | K | | |
| 10. NEW JERSEY ECONOMIC 5% 09/01/2020 | A | Interest | | | Buy | 2/15 | K | | |
| 11. | | | | | Sold | 4/21 | K | | |
| 12. NEW JERSEY ST CTFS 5% 6/15/11 | | None | | | Distributed | 3/28 | K | | |
| 13. NEW JERSEY ST TPK AUTH TPK SER G 5.75% 1/1/09 | A | Interest | | | Sold | 4/21 | J | C | |
| 14. NORTH ARLINGTON NJ SCH DIST 5.375% 8/1/13 | A | Interest | | | Distributed | 3/28 | K | | |
| 15. OCEAN CITY NJ BRD 5% DUE 04/01/17 | A | Interest | | | Sold | 4/21 | K | | |
| 16. RANDOLPH TWP NJ SC 5% 15 | A | Interest | | | Sold | 4/21 | K | | |
| 17. VENTNOR CITY NJ 5% 10/1/16 | A | Interest | | | Distributed | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT#6(3432) | | | | | | | | | |
| 19. ISHARES TR RUSSELL 2000 GROWTH (648) | A | Dividend | J | T | Distributed (part) | 3/28 | K | | |
| 20. | | | | | Distributed (part) | 3/31 | K | | |
| 21. ISHARES TR RUSSELL 2000 VALUE (630) | A | Dividend | K | T | Distributed (part) | 3/28 | K | | |
| 22. | | | | | Distributed (part) | 3/31 | K | | |
| 23. ISHARES TR RUSSELL 1000 VALUE | C | Dividend | K | T | Distributed (part) | 3/2/8 | M | | |
| 24. | | | | | Distributed (part) | 3/31 | L | | |
| 25. ISHARES TR RUSSELL 1000 GROWTH | A | Dividend | K | T | Distributed (part) | 3/28 | L | | |
| 26. | | | | | Distributed (part) | 3/31 | L | | |
| 27. ISHARES TR MSCI EAFE FD | B | Dividend | K | T | Distributed (part) | 3/28 | L | | |
| 28. | | | | | Distributed (part) | 3/31 | L | | |
| 29. | | | | | Buy (add'l) | 4/24 | K | | |
| 30. POWERSHS EXCH TRAD FD TR (567) | A | Dividend | K | T | Buy | 4/24 | K | | |
| 31. POWERSHS EXCH TRADE FD TR(583) | A | Dividend | K | T | Buy | 4/24 | L | | |
| 32. Charles Schwab - CASH | A | Int./Div. | J | T | Transferred (from line 6) | 4/24 | M | | |
| 33. | | | | | Sold (part) | 4/24 | M | | |
| 34. VALLEY NATIONAL BANK | A | Interest | J | T | Transferred (from line 37) | 6/9 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 6/9 | L | | |
| 36. | | | | | Transferred (to line 81) | 6/9 | K | | |
| 37. VARIABLE LIFE #1 | | None | K | T | Transferred (to line 34) | 6/9 | M | | |
| 38. EQUITABLE - SEP | | None | K | T | | | | | |
| 39. IRA#3(3836) | | | | | | | | | |
| 40. Charles Schwab - ADV CASH RESRV P REM | B | Int./Div. | K | T | Buy (add'l) | 1/16 | K | | |
| 41. | | | | | Buy (add'l) | 4/4 | N | | |
| 42. | | | | | Distributed (part) | 4/9 | N | | |
| 43. US TREASURY NOTE 4.25% 11/15/13 | | None | | | Sold | 4/4 | L | D | |
| 44. US TREASURY NOTE 4.50% 02/15/16 | A | Interest | | | Sold | 4/4 | K | B | |
| 45. US TREASURY NOTE 5.125% 5/15/16 | A | Interest | K | T | Sold (part) | 6/24 | J | A | |
| 46. FEDERAL NATIONAL MT 4.375% 9/15/12 | B | Interest | | | Sold | 4/4 | L | C | |
| 47. FED HM LN MTG 5.375%1/9/14 | B | Interest | K | T | | | | | |
| 48. AT & T BROADBAND 8.375% 3/15/13 | C | Int./Div. | K | T | | | | | |
| 49. CISCO SYSTEMS 5.25% 02/22/11 | | None | J | T | Buy | 10/23 | J | | |
| 50. APACHE CORP 5.625% 1/15/17 | B | Interest | K | T | | | | | |
| 51. GOLDMAN SACHS 4.125% 1/15/08 | A | Interest | | | Redeemed | 1/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HOUSEHOLD FIN CP 6.4% 6/17/08 | | None | | | Sold | 4/4 | L | | |
| 53. INTL LEASE FINANCE 5% 4/15/10 | B | Int./Div. | K | T | | | | | |
| 54. MORGAN STANLEY 4.75% 04/01/14 | A | Int./Div. | J | T | | | | | |
| 55. PITNEY BOWES CR 5.75% 8/15/08 | B | Int./Div. | | | Sold | 4/4 | K | | |
| 56. SBC COMMUNICATIONS 4.125% 9/15/09 | B | Int./Div. | J | T | Sold (part) | 4/4 | L | B | |
| 57. TIME WARNER 5.875% DUE 11/15/16 | A | Interest | J | T | Buy | 5/8 | K | | |
| 58. TIME WARNER 6.2% DUE 7/1/13 | | None | J | T | Buy (add'l) | 9/24 | J | | |
| 59. WACHOVIA CORP 5.75% 6/15/17 | B | Int./Div. | K | T | | | | | |
| 60. FHLMC G0-8200 6% 5/1/37 | C | Int./Div. | K | T | -- | | | | |
| 61. FHLMC G1-2228 5.5% 7/1/21 | B | Int./Div. | K | T | | | | | |
| 62. FNMA PL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 63. FNMA PL938721 5.5% DUE 075/01/22 | B | Interest | K | T | Buy | 3/11 | K | | |
| 64. IRA#6 (4367) | | | | | | | | | |
| 65. CHARLES SCHWAB-SCH ADV CASH RESRV PREM | A | Interest | K | T | Buy (add'l) | 4/23 | M | | |
| 66. | | | | | Transferred (to line 72) | 4/24 | M | | |
| 67. LOOMIS SAYLES BOND CL 1 | D | Dividend | M | T | Sold (part) | 4/23 | L | | |
| 68. PIMCO REAL RETURN FUND INSTITUTIONAL CLASS | D | Dividend | K | T | Sold (part) | 4/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB YIELD PLAUS SELECT SHARES | B | Dividend | | | Sold | 3/19 | M | | |
| 70. TEMPLETON GLOBAL BOND FUND ADV CL:TGBAX | D | Dividend | L | T | Buy | 3/19 | M | | |
| 71. IRA#7 (2679) | | | | | | | | | |
| 72. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Transferred (from line 66) | 4/24 | M | | |
| 73. | | | | | Sold (part) | 4/24 | M | | |
| 74. PIMCO COMMODITY REAL RETURN STRATEGY FUND | D | Int./Div. | K | T | Buy | 4/24 | L | | |
| 75. DIAMOND HILL LONG SHORT FUND | A | Int./Div. | K | T | Buy | 4/24 | K | | |
| 76. KEELY SMALL CAP VALUE FUND CL A | | None | | | Buy | 4/24 | K | | |
| 77. | | | | | Sold | 6/19 | K | C | |
| 78. KEELY SMALL CAP VALUE FUND CL I | | None | K | T | Buy | 6/19 | K | | |
| 79. THIRD AVE REAL ESTATE VALUE FUND | | None | K | T | Buy | 4/24 | L | | |
| 80. CHARLES SCHWAB- CASH(2951) | A | Int./Div. | K | _T . | Open | 2/19 | J | | |
| 81. | | | | | Transferred (from line 36) | 6/9 | K | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Martini, William J. | | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII LINE 25, LINE 62-94 OF 2007 REPORT BECOME UNREPORTABLE TRANACTIONS IN 2008 SINCE THESE WERE PART OF THE EQUITABLE DISTRIBUTION REQUIRED IN HIS DIVORCE.

PART VII LINE 9,12,14,17,19-28,35 AND 42 REPORTED AS DISTRIBUTION IN 2008, THESE FUNDS WERE EQUITABLE OF DISTRIBUTION REQUIRED IN HIS DIVORCE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544